FILED
FEB 14 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-026 |
| v. | INDICTMENT |
| JEFFERY LEE BOYD, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| | T. 21 U.S.C. § 846 |
| | T. 21 U.S.C. § 853 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least February 27, 2021, and continuing until September 3, 2021, in the Southern District of Iowa, the defendant, JEFFERY LEE BOYD, conspired, with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Prohibited Person in Possession of a Firearm)**

On or about September 3, 2021, in the Southern District of Iowa, the defendant, JEFFREY LEE BOYD, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Smith and Wesson, .380 MP Body Guard pistol, with serial number KDL8013. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, JEFFERY LEE BOYD, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: approximately $1,940 in United States currency; and a loaded Smith and Wesson, .380 MP Body Guard pistol, with serial number KDL8013.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 2 of this Indictment, the defendant, JEFFERY LEE BOYD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 2 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

                                                        FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jonathan L. Holscher
Special Assistant United States Attorney