| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHER DISTRICT OF IOWA<br>DES MOINES DIVISION | |
| UNITED STATES OF AMERICA,<br><br>                      PLAINTIFF,<br><br>VS.<br><br>JEFFERY LEE BOYD,<br><br>                     DEFENDANT. | CASE NO. 4:23-CR-0026<br><br><br><br>MOTION TO WITHDRAW AS COUNSEL |

**COMES NOW**, Shannon K. Archer, and hereby requests the Court's permission to withdraw her Appearance with respect to the above-captioned matter, and in support of this Motion states:

1. The undersigned was appointed to represent the above-listed defendant.
2. Defendant was previously represented by Gina Messamer.
3. The undersigned accepted an employment offer with the Iowa Attorney General's Office.
4. Thus, the undersigned respectfully requests the Court allow her to withdraw and appoint Gina Messamer.
5. Ms. Messamer is willing to accept the appointment.

**WHEREFORE**, for the reasons set forth herein, the undersigned counsel requests the Court's permission to withdraw her Appearance with respect to the above-captioned matter.

                                          By: /s/ Shannon Archer
                                          Shannon Archer      AT0010259
                                          BRICK GENTRY P.C.
                                          6701 Westown Parkway, Suite 100
                                          West Des Moines, IA  50266
                                          Telephone:515-274-1450
                                          Facsimile: 515-274-1488
                                          E-mail: shannon.archer@brickgentrylaw.com

                                          ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, a copy of the foregoing pleading was electronically filed with the Clerk of Court.  All parties of record registered with the CMEFS filing system will receive notification of such filing through CMEFS.  Parties of record not registered with the CMEFS filing system will be provided notification of this filing by U. S. Mail.

By:    /s/ Shannon Archer